[Criminal No. 715.   Filed December 1, 1930.]

[292 Pac. 1116.]

RITA DURGELOGH and MYRTLE SPANGEHL, Appellants, v. STATE, Respondent.

Mr. Frank Dykes, for Appellants.

Mr. K. Berry Peterson, Attorney General, for the State.

PER CURIAM.—This case is a companion to and based upon the same state of facts as those set forth in the case of *Jackson* v. *State,* 36 Ariz. 446, 286 Pac. 824. The information is in the same language as that in the Jackson case.

For the reasons stated in that case, the judgment is reversed and the cause remanded for further proceedings according to the rule laid down in the opinion just cited.